Stefan K. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59261.

Missouri Court of Appeals, Western District.

Feb. 19, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 2002.

Application for Transfer Denied May 28, 2002.

John W. Simon, Clayton, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before: HOLLIGER, P.J., ULRICH and HARDWICK JJ.

### ORDER

PER CURIAM.

Stefan K. Williams appeals the denial of his Rule 29.15 motion for postconviction relief. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).